UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YADIEL J. MAYO,

      Plaintiff,

v.

                                      Case No. 2:25-cv-440-SPC-KCD

VALVOLINE INSTANT OIL
CHANGE FRANCHISING, INC,
SUNSHINE LUBES LLC,

      Defendants.
_____/

## ORDER

Before the Court is Defendant's Unopposed Motion to Compel Arbitration and Stay. (Doc. 13.) The parties agree that this employment case should go to arbitration given there is an arbitration agreement (Doc. 13 at 2)[1] encompassing all legal disputes and claims "arising out of or related to [Plaintiff's] employment" with Defendant.

Accordingly, Defendant's motion (Doc. 13) is **GRANTED**. The parties are directed to arbitrate this case promptly—in accordance with their agreement. **The clerk is directed to add a stay flag to the docket and administratively close the case**. This case will remain **STAYED** until the parties advise the court that (1) arbitration has been completed and (2) the

---

[1] Defendant's motion is not paginated, so Court refers to the page numbers generated by its electronic filing system.

stay should be lifted, or the case should be dismissed. The parties must notify the court of such matters **within seven (7) days** of the arbitration concluding. The parties are otherwise directed to file a joint report on the status of arbitration **on October 20, 2025**, and **every ninety (90) days after** until arbitration concludes.

      **ORDERED** in Fort Myers, Florida on July 21, 2025.

*[Signature]*
Kyle C. Dudek
United States Magistrate Judge